United States District Court
Northern District of California

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

ALEJANDRO PARRA-SOLORIA,

        Defendant.

Case No.: CR 12-70449 MAG (KAW)

DETENTION ORDER

## I.  DETENTION ORDER

Defendant Alejandro Parra-Soloria is charged in a criminal complaint with violations of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A) (Conspiracy to Distribute and to Possess with the Intent to Distribute 5 Kilograms or More of Cocaine) and 18 U.S.C. § 924(c)(1)(A) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime).  At the April 25, 2012 attorney appointment hearing before this Court regarding his detention, Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, thereby retaining his right to raise any additional relevant information at a later hearing. The Court notes that Defendant is subject to an immigration detainer issued by U.S. Immigration and Customs Enforcement ("ICE").

## II.  CONCLUSION

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

1    Defendant shall remain committed to the custody of the Attorney General for confinement

2  in a corrections facility separate, to the extent practicable, from persons awaiting or serving

3  sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable

4  opportunity for private consultation with counsel.  On order of a court of the United States or on

5  request of an attorney for the Government, the person in charge of the corrections facility in

6  which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of

7  an appearance in connection with a court proceeding.

8    IT IS SO ORDERED.

9

10  Dated: April 25, 2012

11

12                                                KANDIS A. WESTMORE
                                                  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2